## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BOLOGNA et al | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| TRIPP et al | : | NO.: 24-cv-3185 |

### O R D E R

**AND NOW**, this **9th** day of **AUGUST 2024**, in accordance with the court's procedure for random reassignment of cases, it is hereby,

**ORDERED** that the above captioned case is reassigned from the calendar of the Honorable Kai N. Scott to the calendar of the Honorable Joel H. Slomsky.

FOR THE COURT:

**MITCHELL S. GOLDBERG**
**Chief Judge**

ATTEST:

 /s/George Wylesol
**GEORGE WYLESOL**
**Clerk of Court**