

DIRECT DIAL NUMBER:
(215) 575-7062

David Smith
dsmith@dilworthlaw.com

August 23, 2024

**VIA CM/ECF**

The Honorable Joel H. Slomsky
United States District Judge for the
 Eastern District of Pennsylvania
5614 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

      **Re:**    **Bologna v. Krasner, et al.,
       Civil Action No. 24-cv-3185**

Dear Judge Slomsky:

      With apologies for the delay, counsel has been engaged to advise Ms. Tripp and Sgt. Rocks regarding Mr. Bochetto's assertion of conflict of interest and has made initial contact with them. I will report further when conflict counsel has completed the assignment.

Respectfully,

David Smith

cc:   George Bochetto, Esquire
      Benjamin T. Jackal, Esquire

1500 Market Street, Suite 3500E • Philadelphia, PA 19102-2101 • 215-575-7000 • Fax: 215-754-4603
Pennsylvania • New Jersey • New York • Delaware
www.dilworthlaw.com