

DIRECT DIAL NUMBER:  
(215) 575-7062

David Smith  
dsmith@dilworthlaw.com

September 20, 2024

**VIA CM/ECF**

The Honorable Joel H. Slomsky  
United States District Judge for the  
 Eastern District of Pennsylvania  
5614 U.S. Courthouse  
601 Market Street  
Philadelphia, PA 19106

      Re:    **Bologna v. Krasner, et al.,**  
                **Civil Action No. 24-cv-3185**

Dear Judge Slomsky:

      As directed by your Honor, the City of Philadelphia engaged conflicts counsel to advise defendants Tracy Tripp (who still has not been served) and Sgt. Gerald Rocks regarding Mr. Bochetto's assertions regarding conflict of interest. The City engaged Josh J. T. Byrne, who co-chairs Marshall Dennehey's Disciplinary Board Representation Practice Group (https://marshalldennehey.com/attorneys/josh-jt-byrne) for that purpose.

      Mr. Byrne has completed that engagement and has provided a written opinion addressed to me and a form of "conflict waiver" letter that had been reviewed with and approved by Ms. Tripp and Sgt. Rocks.

      With the Court's permission, I would like to submit to the Court for *in camera* review Mr. Byrne's opinion letter and the signed "conflict waiver" letters.

      Although I anticipate that Mr. Bochetto will want to see the opinion letter and the signed conflict waiver letters, he lacks standing to do so and it would be inappropriate to permit him to intrude upon the independent advice of counsel and correspondence with me obtained at your Honor's direction.

                                       Respectfully,

                                       David Smith

cc:    George Bochetto, Esquire  
        Benjamin T. Jackal, Esquire