

DIRECT DIAL NUMBER:
(215) 575-7062

David Smith
dsmith@dilworthlaw.com

October 18, 2024

**VIA CM/ECF**

The Honorable Joel H. Slomsky
United States District Judge for the
 Eastern District of Pennsylvania
5614 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

      Re:    Bologna v. Krasner, et al.,
               Civil Action No. 24-cv-3185

Dear Judge Slomsky:

      As directed by your Honor's October 4, 2024 Order, Lisa Mathewson, Esq. has been engaged to advise defendant Tracy Tripp regarding the conflict issue asserted by counsel for plaintiffs so that she will be advised by different counsel than has advised Sergeant Rocks. Ms. Mathewson has represented Ms. Tripp in the past.

      I will report promptly when Ms. Mathewson has completed her engagement and will file under seal copies of opinions and any conflict waiver letters signed by the parties.

Respectfully,

David Smith

cc:    George Bochetto, Esquire
       Benjamin T. Jackal, Esquire