IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOSEPH BOLOGNA, et al., <br><br>  Plaintiff, <br><br> v. <br><br> TRACY TRIPP, et, al, <br><br>  Defendant. | CIVIL ACTION <br> NO. 24-3185 |

## ORDER

**AND NOW**, this 19th day of November 2024, upon consideration of the letter filed under seal by Josh J.T. Bryne, Esquire, dated October 29, 2024 (Doc. No. 29), the letter filed under seal by David Smith, Esquire, dated November 6, 2024 (Doc. No. 30), the letter filed under seal by David Smith, Esquire, dated November 6, 2024 (Doc. No. 31) and the letter filed under seal by Lisa A. Mathewson, Esquire, dated November 11, 2024 (Doc. No. 32), it is **ORDERED** that a hearing will be held on **December 6, 2024 at 10:00 a.m.** in Courtroom 13-A, United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania on whether David Smith, Esquire, shall be permitted to represent the three (3) individual Defendants in this case.

It is **FURTHER ORDERED** that Defendants Tracey Tripp, Esquire, and Sergeant Gerald Rocks, counsel for Defendant Lawrence Krasner, Esquire, ethics counsel, J.T. Bryne, Esquire, and Lisa Mathewson, Esquire, and counsel for Plaintiff shall attend the hearing.

BY THE COURT:

/s/ Joel H. Slomsky_____
JOEL H. SLOMSKY, J.