

DIRECT DIAL NUMBER:
(215) 575-7062

David Smith
dsmith@dilworthlaw.com

March 19, 2025

**VIA CM/ECF**

The Honorable Joel H. Slomsky
United States District Judge for the
 Eastern District of Pennsylvania
5614 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

      Re:    **Bologna v. Krasner, et al.,
                  Civil Action No. 24-cv-3185**

Dear Judge Slomsky:

      Although the notice of filing the transcript appeared on the docket on March 10, 2025, the parties did not actually receive copies until some time later. Counsel have conferred and, subject to your Honor's approval, have agreed on a deadline for the supplemental memoranda of April 8, 2025. That is a few days longer than the 21 in your Honor's Order, but we are hopeful that it will be acceptable.

                                            Respectfully,

                                            David Smith

cc:    George Bochetto, Esquire
       Benjamin T. Jackal, Esquire

1650 Market Street, Suite 1200 • Philadelphia, PA 19103 • 215-575-7000 • Fax: 215-754-4603
Pennsylvania • New Jersey • New York • Delaware
www.dilworthlaw.com