IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOSEPH BOLOGNA, et al., <br><br> Plaintiff, <br><br> v. <br><br> TRACY TRIPP, et, al, <br><br> Defendant. | CIVIL ACTION <br> NO. 24-3185 |

# ORDER

**AND NOW**, this 19th day of March 2025, upon consideration of the letter filed by David Smith, Esquire, counsel for Defendants Krasner, Tripp, and Rocks (Doc. No. 50), it is **ORDERED** that the parties are granted leave to file supplemental memorandums in support or in opposition to the Motions to Dismiss the Complaint by **April 8, 2025.**

BY THE COURT:

/s/ Joel H. Slomsky
JOEL H. SLOMSKY, J.

1