IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOSEPH BOLOGNA, et al., <br><br> Plaintiff, <br><br> v. <br><br> TRACY TRIPP, et, al, <br><br> Defendant. | CIVIL ACTION <br> NO. 24-3185 |

### ORDER

**AND NOW**, this 15th day of July 2025, upon consideration of Defendants Lawrence Krasner, Esquire, Tracey Tripp, Esquire, and Sergeant Gerald Rocks's Motion for Extension of Time to Answer the Complaint (Doc. No. 57) and Plaintiff's Response in Opposition (Doc. No. 58), it is **ORDERED** that the Motion for Extension of Time to Answer the Complaint (Doc. No. 57) is **GRANTED** in part.  Defendants Lawrence Krasner, Esquire, Tracey Tripp, Esquire, and Sergeant Gerald Rocks shall file an Answer to the Complaint by **August 1, 2025.**

BY THE COURT:

/s/ Joel H. Slomsky____
JOEL H. SLOMSKY, J.