IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOSEPH BOLOGNA and DIANA BOLOGNA, *Plaintiffs*, v. LAWRENCE KRASNER, and TRACY TRIPP, and SGT. GERALD ROCKS, and THE CITY OF PHILADELPHIA, *Defendants*. | Case No. 2:24-cv-03185-JHS |

## NOTICE OF APPEAL

Notice is hereby given that Defendants Lawrence Krasner, Tracy Tripp, and Sgt. Gerald Rocks (the "**DAO Defendants**") appeal to the United States Court of Appeals for the Third Circuit from the June 25, 2025 Memorandum Opinion [ECF 55] and Order [ECF 56] denying the DAO Defendants Motion to Dismiss Plaintiff Joseph Bologna's Complaint on the basis of absolute and qualified immunity.[1]

---

[1] The denial of absolute and qualified immunity is immediately appealable under the collateral order doctrine, as the finding of immunity constitutes an entitlement not to stand trial. *Mitchell v. Forsyth*, 472 U.S. 511 (1985); *Dotzel v. Ashbridge*, 438 F.3d 320 (E.D.Pa. 2006).

#125116934v1

DATED: July 21, 2025 */s/ David Smith*
David Smith (ID: 21480)
Theresa E. Loscalzo (ID: 52031)
Christopher Nana-Sinkam (ID: 320189)
**DILWORTH PAXSON LLP**
1650 Market Street, Suite 1200
Philadelphia, PA 19103
(215) 575-7000
*Counsel for Defendants, Lawrence Krasner, Tracy Tripp, and Gerald Rocks*

#125116934v1

## CERTIFICATE OF SERVICE

I, David Smith, hereby certify that on July 21, 2025, a true and correct copy of the foregoing Notice of Appeal was served upon all counsel of record via the Court's electronic filing system, as follows:

Gavin P. Lentz, Esq.
Kean C. Maynard, Esq.
George Bochetto, Esq.
BOCHETTO & LENTZ PC
1524 Locust Street
Philadelphia, PA 19102
*Counsel for Plaintiffs*


Benjamin T. Jackal, Esq.
Daniel Cerone, Esq.
CITY OF PHILADELPHIA LAW DEPARTMENT
Civil Rights Unit
1515 Arch Street, 14th Floor
Philadelphia, PA 19102
*Counsel for Defendant, the City of Philadelphia*

DATED: July 21, 2025                    */s/ David Smith*
                                        David Smith (ID: 21480)
                                        **DILWORTH PAXSON LLP**
                                        *Counsel for Defendants, Lawrence Krasner,
                                        Tracy Tripp, and Gerald Rocks*

#125116934v1