## TRANSCRIPT PURCHASE ORDER
### for Third Circuit Court of Appeals

**District Court** Eastern District of Pennsylvania

**Court of Appeals Docket No.** _____

**District Court Docket No.** 2:24-cv-03185-JHS

Short Case Title Joseph Bologna, et al. v. Lawrence Krasner, et al.

Date Notice of Appeal Filed by Clerk of District Court July 21, 2025

---

**Part I.** (To be completed by party responsible for ordering transcript)
A. Check one of the following and serve ALL COPIES:

NOTE: A SEPARATE FORM IS TO BE TYPED FOR EACH COURT REPORTER IN THIS CASE.

**TRANSCRIPT:**

_____ None                         _____ Unnecessary for appeal purposes.

__X__ Already on file in the District Court Clerk's office.

_____ This is to order a transcript of the proceedings heard on the date listed below from _____ (Court Reporter) (Specify on lines below exact date of proceedings to be transcribed). If requesting only partial transcript of the proceedings, specify exactly what portion or what witness testimony is desired.

_____

_____

If proceeding to be transcribed was a trial, also check any appropriate box below for special requests; otherwise, this material will NOT be included in the trial transcripts.

_____ Voir dire                         _____ Open Statement of Plaintiff                         _____ Opening Statement of Defendant

_____ Closing Argument of Plaintiff                         _____ Closing Argument of Defendant

_____ Jury Instructions                         _____ Sentencing Hearings

FAILURE TO SPECIFY IN ADEQUATE DETAIL THOSE PROCEEDINGS TO BE TRANSCRIBED OR FAILURE TO MAKE PROMPT SATISFACTORY FINANCIAL ARRANGEMENTS FOR TRANSCRIPT ARE GROUNDS FOR DISMISSAL OF THE APPEAL OR IMPOSITION OF SANCTIONS

B. This is to certify that satisfactory financial arrangements have been completed with the court reporter for payment of the cost of the transcript. The method of payment will be:

_____ CJA Form submitted to District Court Judge                         _____ Motion for Transcript has been submitted to District Court

_____ CJA Form submitted to Court of Appeals                         _____ Private Funds

Signature /s/ David Smith

Date July 21, 2025

Print Name David Smith

Counsel for Defendants-Appellants

Address 1650 Market St., Ste. 1200, Phila. PA 19103

Telephone 215-575-7062

---

**Part II.** COURT REPORTER ACKNOWLEDGEMENT (To be completed by the Court Reporter and forwarded to the Court of Appeals on the same day transcript order is received.)

| Date transcript order received | Estimated completion date; if not within 30 days of date financial arrangements made, motion for extension to be made to Court of Appeals | Estimated number of pages |
|---|---|---|
|  |  |  |

_____ Arrangements for payment were made on _____

_____ Arrangements for payment have not been made pursuant to FRAP 10(b)

| Date | Name of Court Report | Telephone |
|---|---|---|

---

**Part III.** NOTIFICATION THAT TRANSCRIPT HAS BEEN FILED IN THE DISTRICT COURT (To be completed by court reporter on date of filing transcript in District. Court  Notification must be forwarded to the Court of Appeals on the same date.)

Actual Number of Pages _____                         Actual Number of Volumes _____

Date _____                         Signature of Court Reporter _____

## <u>CERTIFICATE OF SERVICE</u>

I, David Smith, hereby certify that on July 21, 2025, a true and correct copy of the foregoing

Transcript Purchase Order Form was served upon all counsel of record via the Court's electronic

filing system, as follows:

Gavin P. Lentz, Esq.
Kean C. Maynard, Esq.
George Bochetto, Esq.
BOCHETTO & LENTZ PC
1524 Locust Street
Philadelphia, PA 19102
*Counsel for Plaintiffs*

Benjamin T. Jackal, Esq.
Daniel Cerone, Esq.
CITY OF PHILADELPHIA LAW DEPARTMENT
Civil Rights Unit
1515 Arch Street, 14th Floor
Philadelphia, PA 19102
*Counsel for Defendant, the City of Philadelphia*

DATED: July 21, 2025                      */s/ David Smith*
                                          David Smith (ID: 21480)
                                          **DILWORTH PAXSON LLP**
                                          *Counsel for Defendants, Lawrence Krasner,*
                                          *Tracy Tripp, and  Gerald Rocks*

#125116934v1