**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **JOSEPH BOLOGNA and DIANA BOLOGNA,** | |
| **Plaintiffs,** | |
| **v.** | |
| **LAWRENCE KRASNER,** | |
| **and** | |
| **TRACY TRIPP,** | **Case No. 2:24-cv-03185-JHS** |
| **and** | |
| **SGT. GERALD ROCKS,** | |
| **and** | |
| **THE CITY OF PHILADELPHIA,** | |
| **Defendants.** | |

**DEFENDANTS LAWRENCE KRASNER, TRACY TRIPP, AND
SGT. GERALD ROCKS'S MOTION FOR STAY PENDING APPEAL**

Defendants Lawrence Krasner, Tracy Tripp, and Sgt. Gerald Rocks (the "**DAO Defendants**") hereby move to stay the proceedings before this Court pending the Third Circuit's adjudication of the DAO Defendants' appeal filed on July 21, 2025 concerning this Court's denial of their Motion to Dismiss Plaintiffs' Complaint on the basis of absolute immunity and qualified immunity.

The grounds for this Motion are set forth in full in the accompanying Memorandum of Law.

DATED:  September 4, 2025

/s/ David Smith
David Smith (ID: 21480)
Theresa E. Loscalzo (ID: 52031)
Christopher Nana-Sinkam (ID: 320189)
**DILWORTH PAXSON LLP**
1650 Market Street, Suite 1200
Philadelphia, PA 19103
(215) 575-7000
*Counsel for Defendants, Lawrence
Krasner, Tracy Tripp, and Gerald
Rocks*

**<u>CERTIFICATE OF SERVICE</u>**

I, David Smith, hereby certify that on September 4, 2025 a true and correct copy of the foregoing DAO Defendants' Motion for Stay Pending Appeal was served upon all counsel of record via the Court's electronic filing system, as follows:

Gavin P. Lentz, Esq.
Kean C. Maynard, Esq.
George Bochetto, Esq.
BOCHETTO & LENTZ PC
1524 Locust Street
Philadelphia, PA 19102
*Counsel for Plaintiffs*

Benjamin T. Jackal, Esq.
CITY OF PHILADELPHIA LAW DEPARTMENT
Civil Rights Unit
1515 Arch Street, 14th Floor
Philadelphia, PA 19102
*Counsel for Defendant, the City of Philadelphia*

DATED: September 4 2025

*/s/ David Smith*
David Smith (ID: 21480)
**DILWORTH PAXSON LLP**
*Counsel for Defendants Lawrence Krasner, Tracy Tripp, and Sgt. Gerald Rocks*